# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| BIG TIME VAPES, INC., et al. <br><br> *Plaintiff(s)* <br> v. <br><br> FOOD AND DRUG ADMINISTRATION, et al. <br><br> *Defendant(s)* | Civil Action No. 1:19-cv-531-HSO-JCG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20903

Also serve:
U.S. Attorney
Southern District of Mississippi
1575 20th Avenue, 2d Floor
Gulfport, MS 39501

U.S. Attorney General
U.S. Dep't of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Spencer M. Ritchie
Forman, Watkins & Krutz LLP
210 E. Capitol St., Suite 2200 (39201)
Jackson, MS 39225-2608
Tel.: (601) 960-8600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: 8/27/19

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-531-HSO-JCG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Certified Mail Receipt

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Food and Drug Administration
   10903 New Hampshire Avenue
   Silver Spring, MD  20903

   9590 9402 4843 9032 0975 17

2. Article Number *(Transfer from service label)*

   7014 3490 0000 6855 8446

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
   Valene [illegible]            9/11/19

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| BIG TIME VAPES, INC. and UNITED STATES VAPING ASSOCIATION, INC., | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Case No. 1:19-cv-531-LG-JCG |
| FOOD AND DRUG ADMINISTRATION; NORMAN E. "NED" SHARPLESS, M.D., in his official capacity as Acting Commissioner of Food and Drugs; and ALEX M. AZAR, II, in his official capacity as Secretary of Health and Human Services, | § § § § § § § § | DECLARATORY AND INJUNCTIVE RELIEF REQUESTED |
| *Defendants*. | § § | |

**AFFIDAVIT OF SERVICE**

I, ___Chris Walker___, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Verified Complaint, Civil Cover Sheet and Corporate Disclosures of Big Time Vapes, Inc. and United States Vaping Association, Inc. in the above entitled case.

Than I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on ___9-4-19___, I served, by certified mail, return receipt requested, Food and Drug Administration at 10903 New Hampshire Avenue, Silver Spring, MD 20903

with the Summons, Verified Complaint, Civil Cover Sheet and Corporate Disclosures of Big Time Vapes, Inc. and United States Vaping Association, Inc.

Further, on ___9-16-19___, I received return receipt noting ___9-11-19___ as date of delivery.

I declare under penalty of perjury that this information is true and correct.

___9-16-19___
*Executed on*

By: _____

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| BIG TIME VAPES, INC. and UNITED STATES VAPING ASSOCIATION, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> FOOD AND DRUG ADMINISTRATION; NORMAN E. "NED" SHARPLESS, M.D., in his official capacity as Acting Commissioner of Food and Drugs; and ALEX M. AZAR, II, in his official capacity as Secretary of Health and Human Services, <br><br> *Defendants*. | Civil Case No. 1:19-cv-531-LG-JCG <br><br> DECLARATORY AND INJUNCTIVE RELIEF REQUESTED |

**AFFIDAVIT OF SERVICE**

I, _Chris Walker_, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Verified Complaint, Civil Cover Sheet and Corporate Disclosures of Big Time Vapes, Inc. and United States Vaping Association, Inc. in the above entitled case.

Than I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on _9-4-19_, I served, by certified mail, return receipt requested, the U.S. Attorney, Southern District of Mississippi, 1575 20th Avenue, 2d Floor, Gulfport, MS

39501 with the Summons, Verified Complaint, Civil Cover Sheet and Corporate Disclosures of Big Time Vapes, Inc. and United States Vaping Association, Inc.

Further, on __9-9-19__, I received return receipt noting __9-6-19__ as date of delivery.

I declare under penalty of perjury that this information is true and correct.

__9-10-19__
*Executed on*

By: _____

2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney
   Southern District of Mississippi
   1575 20th Avenue, 2d Floor
   Gulfport, MS 39501

   9590 9402 4843 9032 0975 24

2. Article Number (Transfer from service label)

   7007 2560 0000 9466 9797

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☒ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  9/6

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt