**APPENDIX TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION:**

**INDEX OF EXHIBITS**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | U.S. DEP'T OF HEALTH AND HUMAN SERVICES, *Premarket Tobacco Product Applications for Electronic Nicotine Delivery Systems: Guidance for Industry* (Jun. 2019). |
| 2 | U.S. FOOD AND DRUG ADMINISTRATION, *Statement from FDA Commissioner Scott Gottlieb, M.D., on new steps to address epidemic of youth e-cigarette use* (Sept. 12, 2018). |
| 3 | U.S. FOOD AND DRUG ADMINISTRATION, *Extension of Certain Tobacco Product Compliance Deadlines Related to the Final Deeming Rule: Guidance for Industry (Revised)* ("August 2017 Guidance"). |
| 4 | U.S. FOOD AND DRUG ADMINISTRATION, *Premarket Tobacco Product Applications and Recordkeeping Requirements*, 84 Fed. Reg. 50566 (Sept. 25, 2019) ("Proposed Final PMTA Rule"). |
| 5 | U.S. FOOD AND DRUG ADMINISTRATION, *Trump Administration Combating Epidemic of Youth E-Cigarette Use with Plan to Clear Market of Unauthorized, Non-Tobacco-Flavored E-Cigarette Products* (Sept. 11, 2019). |
| 6 | WhiteHouse.gov, *Remarks by President Trump in Meeting on E-Cigarettes* (Sept. 11, 2019) |
| 7 | Declaration – Perfect Alternatives, LLC and Smax Int'l, LLC |
| 8 | Declaration – Mega Vape LLC |
| 9 | Declaration – Big Time Vapes, Inc. |
| 10 | Declaration – CJ Vapors, LLC |
| 11 | Declaration – Life Motivations, LLC, dba XOXO Vapor Bar |
| 12 | Declaration – Magnolia Vapes, LLC |
| 13 | Declaration – Desertwind LLC |
| 14 | Defendants' Mem. in Opposition to Plfs' Mtns. for Summ. Judg. and in Support of Defs' Cross-Mtn. for Summ. Judg., filed in *Nicopure Labs, LLC v. Food and Drug Administration*, 266 F. Supp. 3d 360, 393 (D.D.C. 2017) |
| 15 | Declaration – United States Vaping Association |
| 16 | U.S. FOOD AND DRUG ADMINISTRATION, *FDA issues proposed rule for premarket tobacco product applications as part of commitment to continuing strong oversight of e-cigarettes and other tobacco products* (Sept. 20, 2019) |
| 17 | FDA Comm'r S. Gottlieb, *Protecting American Families: Comprehensive Plan for Nicotine and Tobacco* (Jul. 28, 2017). |
| 18 | U.S. FOOD AND DRUG ADMINISTRATION, *Remarks prepared for testimony before a U.S. House Energy and Commerce Subcomm. on FDA Regulation of Electronic Nicotine Delivery Systems and Investigation of Vaping Illnesses* (Sept. 25, 2019). |