# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

BIG TIME VAPES, INC., *et al.*,

    *Plaintiffs*,

v.

U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,[1]

    *Defendants*.

Civil Case No. 1:19-cv-531-LG-JCG

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Local Uniform Civil Rule 7, and the Court's October 29, 2019 Order (ECF No. 23), Defendants move to dismiss Plaintiffs' complaint (ECF No. 1), with prejudice, in its entirety, for failure to state a claim upon which relief can be granted, for the reasons stated in the combined memorandum of law that is being filed concurrently with this motion. Specifically, as explained in Defendants' combined memorandum, Plaintiffs have failed to state a claim under the nondelegation doctrine or the Declaratory Judgment Act.

---

[1] Admiral Brett P. Giroir, M.D., is now the Acting Commissioner of Food and Drugs, and is therefore automatically substituted as a defendant in his official capacity for Dr. Norman E. Sharpless, M.D., pursuant to Federal Rule of Civil Procedure 25(d).

| | |
|---|---|
| November 6, 2019 | Respectfully submitted, |

Of counsel:

ROBERT P. CHARROW
General Counsel
U.S. Dep't of Health and Human Services

STACY CLINE AMIN
Chief Counsel
Food and Drug Administration
Deputy General Counsel
Department of Health and Human Services

PERHAM GORJI
Deputy Chief Counsel for Litigation

WENDY S. VICENTE
Senior Counsel

NOAH T. KATZEN
Associate Chief Counsel
Office of the Chief Counsel
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

JOSEPH H. HUNT
Assistant Attorney General

D. MICHAEL HURST, JR.
United States Attorney

ERIC B. BECKENHAUER
Assistant Director

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

EMILY S. NOBILE
Assistant United States Attorney
Office of the United States Attorney
Southern District of Mississippi

*Counsel for Defendants*