**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| BIG TIME VAPES, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,[1]<br><br>*Defendants*. | Civil Case No. 1:19-cv-531-LG-JCG |

**DEFENDANTS' RESPONSE IN OPPOSITION TO**
**[15] PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Defendants hereby respond in opposition to Plaintiffs' motion for a preliminary injunction (ECF No. 15), and request that Plaintiffs' motion be denied in its entirety for the reasons stated in the combined memorandum of law that is being filed concurrently with this response. Specifically, as explained in Defendants' combined memorandum, Plaintiffs have not demonstrated a substantial likelihood of success on the merits, nor have they satisfied the other requirements for the extraordinary remedy of a preliminary injunction. And even if they had, the relief they request is overbroad.

---

[1] Admiral Brett P. Giroir, M.D., is now the Acting Commissioner of Food and Drugs, and is therefore automatically substituted as a defendant in his official capacity for Dr. Norman E. Sharpless, M.D., pursuant to Federal Rule of Civil Procedure 25(d).

November 6, 2019

Of counsel:

ROBERT P. CHARROW
General Counsel
U.S. Dep't of Health and Human Services

STACY CLINE AMIN
Chief Counsel
Food and Drug Administration
Deputy General Counsel
Department of Health and Human Services

PERHAM GORJI
Deputy Chief Counsel for Litigation

WENDY S. VICENTE
Senior Counsel

NOAH T. KATZEN
Associate Chief Counsel
Office of the Chief Counsel
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

D. MICHAEL HURST, JR.
United States Attorney

ERIC B. BECKENHAUER
Assistant Director

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

EMILY S. NOBILE
Assistant United States Attorney
Office of the United States Attorney
Southern District of Mississippi

*Counsel for Defendants*