IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| BIG TIME VAPES, INC. and UNITED STATES VAPING ASSOCIATION, INC., | § § § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | Civil Case No. 1:19-cv-531-LG-JCG |
| v. | § | |
| | § | |
| FOOD AND DRUG ADMINISTRATION; NORMAN E. "NED" SHARPLESS, M.D., in his official capacity as Acting Commissioner of Food and Drugs; and ALEX M. AZAR, II, in his official capacity as Secretary of Health and Human Services, | § § § § § § § § | DECLARATORY AND INJUNCTIVE RELIEF REQUESTED |
| | § | |
| *Defendants*. | § | |

**PLAINTIFFS' REPLY IN SUPPORT
OF MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs file this reply in support of their motion for a preliminary injunction (Doc. 15).

Plaintiffs will respond separately to the Defendants' motion to dismiss. In support of their reply in

support of their motion for a preliminary injunction, Plaintiffs rely upon the separately filed

Memorandum.

Respectfully submitted,

FORMAN WATKINS & KRUTZ LLP

/s/*Spencer M. Ritchie*
Spencer M. Ritchie
Mississippi Bar No. 103636
210 E. Capitol Street, Suite 2200 (39201)
P.O. Box 22608
Jackson, MS 39225-2608
Tel.: (601) 960-8600

Fax: (601) 960-8613
spencer.ritchie@formanwatkins.com

NAJVAR LAW FIRM, PLLC

Jerad Wayne Najvar*
Texas Bar No. 24068079
jerad@najvarlaw.com
Austin M.B. Whatley*
Texas Bar No. 24104681
austin@najvarlaw.com
2180 North Loop W., Suite 255
Houston, TX 77018
Tel.: (281) 404-4696
Fax: (281) 582-4138
*Motion for admission *pro hac vice* forthcoming.

*Counsel for Plaintiffs*

2

**Certificate of Service**

I do hereby certify that I have electronically served the foregoing Reply using the Court's

ECF system, which sent notification to all known counsel of record.

THIS, the 13th day of November, 2019.

/s/ *Spencer M. Ritchie*_____
Spencer M. Ritchie