IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| BIG TIME VAPES, INC. and UNITED STATES VAPING ASSOCIATION, INC., <br><br>*Plaintiffs*, <br><br>v. <br><br>FOOD AND DRUG ADMINISTRATION; NORMAN E. "NED" SHARPLESS, M.D., in his official capacity as Acting Commissioner of Food and Drugs; and ALEX M. AZAR, II, in his official capacity as Secretary of Health and Human Services, <br><br>*Defendants*. | Civil Case No. 1:19-cv-531-LG-JCG <br><br>DECLARATORY AND INJUNCTIVE RELIEF REQUESTED |

## **PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs file this response to the Defendants' motion to dismiss, filed under Federal Rule of Civil Procedure 12(b)(6), and respectfully request that the Court deny Defendants' motion to dismiss for the reasons stated in the memorandum filed herewith.  Specifically, the Court should deny Defendants' motion outright because Plaintiffs' complaint clearly states a plausible claim to relief under the nondelegation principle (and given such, the Declaratory Judgments Act affords a potential remedy in addition to any other remedies available).  But even if the Court were doubtful as to whether Plaintiffs have stated a plausible claim, the motion should be denied because Plaintiffs are entitled to reasonable and necessary discovery related to their claims and the Defendants' defenses.  Plaintiffs further object to any consideration of any evidence relied

upon or incorporated in Defendants' motion to dismiss or otherwise outside of Plaintiffs' complaint.

Respectfully submitted,

FORMAN WATKINS & KRUTZ LLP

/s/*Spencer M. Ritchie*_____
Spencer M. Ritchie
Mississippi Bar No. 103636
210 E. Capitol Street, Suite 2200 (39201)
P.O. Box 22608
Jackson, MS 39225-2608
Tel.: (601) 960-8600
Fax: (601) 960-8613
spencer.ritchie@formanwatkins.com

NAJVAR LAW FIRM, PLLC

Jerad Wayne Najvar*
Texas Bar No. 24068079
jerad@najvarlaw.com
Austin M.B. Whatley*
Texas Bar No. 24104681
austin@najvarlaw.com
2180 North Loop W., Suite 255
Houston, TX 77018
Tel.: (281) 404-4696
Fax: (281) 582-4138
*Motion for admission *pro hac vice* forthcoming.

*Counsel for Plaintiffs*

### Certificate of Service

I do hereby certify that I have electronically served the foregoing Reply using the Court's ECF system, which sent notification to all known counsel of record.

THIS, the 20th day of November, 2019.

/s/ *Spencer M. Ritchie*_____
Spencer M. Ritchie