**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| BIG TIME VAPES, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Civil Case No. 1:19-cv-531-LG-JCG |

## DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS

Defendants hereby submit this reply in support of Defendants' motion to dismiss (ECF No. 24), and request that Plaintiffs' complaint (ECF No. 1) be dismissed, with prejudice, in its entirety, for failure to state a claim upon which relief can be granted, for the reasons stated in the memorandum of law that is being filed concurrently with this reply, as well as in the combined memorandum that was filed on November 6, 2019 (ECF No. 25) in support of Defendants' motion to dismiss (ECF No. 24). Specifically, as explained in Defendants' memoranda, Plaintiffs have failed to state a claim under the nondelegation doctrine or the Declaratory Judgment Act.

| | |
|---|---|
| November 27, 2019 | Respectfully submitted, |
| Of counsel: | |
| ROBERT P. CHARROW<br>General Counsel<br>U.S. Dep't of Health and Human Services | JOSEPH H. HUNT<br>Assistant Attorney General |
| | D. MICHAEL HURST, JR.<br>United States Attorney |
| STACY CLINE AMIN<br>Chief Counsel<br>Food and Drug Administration<br>Deputy General Counsel<br>Department of Health and Human Services | ERIC B. BECKENHAUER<br>Assistant Director |
| | */s/ Stephen M. Pezzi* |
| PERHAM GORJI<br>Deputy Chief Counsel for Litigation | STEPHEN M. PEZZI<br>Trial Attorney<br>United States Department of Justice |
| WENDY S. VICENTE<br>Senior Counsel | Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Tel: (202) 305-8576 |
| NOAH T. KATZEN<br>Associate Chief Counsel<br>Office of the Chief Counsel<br>Food and Drug Administration<br>10903 New Hampshire Avenue<br>Silver Spring, MD 20993-0002 | Email: stephen.pezzi@usdoj.gov |
| | EMILY S. NOBILE<br>Assistant United States Attorney<br>Office of the United States Attorney<br>Southern District of Mississippi |
| | *Counsel for Defendants* |