IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| BIG TIME VAPES, INC. and<br>UNITED STATES VAPING<br>ASSOCIATION, INC. | PLAINTIFFS |
| v. | CAUSE NO. 1:19cv531-LG-JCG |
| FOOD AND DRUG<br>ADMINISTRATION, et al. | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds that this lawsuit should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this lawsuit is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 16th day of December, 2019.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE